NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONCATEN, INC.,**
*Plaintiff-Appellant*

v.

**AMERITRAK FLEET SOLUTIONS, LLC, dba Ameri-iTrak,**
*Defendant-Appellee*

---

2016-1112

---

Appeal from the United States District Court for the District of Colorado in No. 1:14-cv-00790-PAB-NYW, Judge Philip A. Brimmer.

---

**ON MOTION**

---

**O R D E R**

Concaten, Inc. moves for a 60-day extension of time to file its opening brief. AmeriTrak Fleet Solutions, LLC opposes the motion, but would consent to a 30-day extension of time.

Upon consideration thereof,

2   CONCATEN, INC. v. AMERITRAK FLEET SOLUTIONS, LLC

IT IS ORDERED THAT:

The motion is granted to the extent that Concaten's opening brief is due no later than March 14, 2016. No further extensions should be anticipated.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s32